**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 8, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 02-11091
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WESLEY PAUL COONCE, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CR-58-1-Y
--------------------

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Attorney Don Davison appointed to represent Wesley Paul Coonce, Jr. ("Coonce") has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Coonce has not responded to the motion. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

MOTION GRANTED; APPEAL DISMISSED.